Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | RUGGIERO, Steven |
| **Docket Number:** | 1:03CR05439-02 OWW |
| **Offender Address:** | Fresno, CA  (City and State Only) |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | June 20, 2005 |
| **Original Offense:** | 18 USC 371 - Conspiracy to Manufacture and to Pass Counterfeit Currency (CLASS D FELONY) |
| **Original Sentence:** | 60 months probation |
| **Special Conditions:** | 1) Search and seizure; 2) Access to requested financial information; 3) Participate in drug/alcohol treatment; 4) Drug testing; 5) 180 days home detention with electronic monitoring; 6) $25 per month co-payment for treatment; 7) DNA testing |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | June 20, 2005 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Joan Jacobs Levie     **Telephone:** (559) 487-5468 |
| **Other Court Action:** | None |

**RE:   RUGGIERO, Steven
       Docket Number:  1:03CR05439-02 OWW
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The offender shall complete 25 hours of unpaid community service as directed by the probation officer.  Community service shall be completed within 6 months.

**Justification:**

On March 3, 2006, the undersigned conducted a home contact with the offender.  Upon arriving at the residence, an unknown male answered the door.  The offender and unknown individual was interviewed and it was discovered they were old friends and that the individual had been staying at the house for at least three weeks.  The offender's friend also admitted he was currently on Fresno County Probation for a felony drug offense.  The offender was reminded of his probation conditions which prohibits association with persons convicted of a felony and the individual was directed to vacate the residence by March 6, 2006.  A records check was later conducted and it was discovered the person was convicted of nine felonies and sentencing on a 2004 case was still pending.

On March 6, 2006, the offender was interviewed and admonished for failing to adhere to his conditions of supervision in resuming a friendship with a person he knew used drugs in the past.  The offender attempted to explain he was unaware of his friend's status and further, he was asleep and unaware his friend was in the home on March 3, 2006.

On March 16, 2006, the offender voluntarily signed a Waiver of Hearing form to modify his condition of probation to include he perform 25 hours of community service as a sanction for his misconduct.

RE:     RUGGIERO, Steven
        Docket Number:  1:03CR05439-02 OWW
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                        Respectfully submitted,

                        /s/ Philip Mizutani

                        **Philip Mizutani
                        United States Probation Officer**
                        Telephone:  (559) 499-5732


**DATED:**      March 16, 2006
                Fresno, California



**REVIEWED BY:**        /s/ Bruce Vasquez
                        **Bruce Vasquez
                        Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


IT IS SO ORDERED.

**Dated:   March 20, 2006**                    /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE