

PROB 35

**Order Terminating Term of Probation
Prior to Expiration Date – Notice of Death**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** | ) |
| vs. | ) Docket Number: 1:03CR05439-002 OWW |
| **Steven Allen Ruggiero, JR.** | ) |

On June 20, 2005, the above named was placed on probation for a term of 60 months. On November 3, 2007, the defendant was involved in a motorcycle accident, which eventually contributed to his death on November 11, 2007. A death certificate was obtained in this matter and confirms the information initially provided by the defendant's wife.

It is, therefore, respectfully recommended that this case be closed.

Respectfully submitted,

**Tim Mechem**
United States Probation Officer

**Reviewed by:**

**Bruce A. Vasquez**
Supervising United States Probation Officer

**ORDER OF COURT**

It is ordered that this case be closed this 15th day of January, 2008.

**Honorable Oliver W. Wanger**
Senior United States District Court Judge

cc:    Assistant United States Attorney

Rev. 08/2000
PROB35.MRG

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of FRESNO
## FRESNO, CALIFORNIA

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

3200710005302

| | | |
|---|---|---|
| 1. NAME OF DECEDENT — FIRST (Given)<br>STEVEN | 2. MIDDLE<br>ALLEN | 3. LAST (Family)<br>RUGGIERO JR |
| AKA, ALSO KNOWN AS — Include full AKA (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH mm/dd/ccyy<br>09/07/1969 | 5. AGE Yrs.<br>38 / 6. SEX M |
| 8. BIRTH STATE/FOREIGN COUNTRY<br>MA | 10. SOCIAL SECURITY NUMBER<br>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 | 11. EVER IN U.S. ARMED FORCES?<br>NO | 12. MARITAL STATUS<br>MARRIED | 7. DATE OF DEATH mm/dd/ccyy<br>11/11/2007 | 9. HOUR (24 Hours)<br>1740 |
| 13. EDUCATION<br>GED | 14/15. WAS DECEDENT HISPANIC/LATINO/SPANISH?<br> | 16. DECEDENT'S RACE<br>WHITE | | | |
| 17. USUAL OCCUPATION<br>MECHANIC | 18. KIND OF BUSINESS OR INDUSTRY<br>AUTOMOTIVE | | | 19. YEARS IN OCCUPATION<br>20 | |
| 20. DECEDENT'S RESIDENCE<br>1386 N. FERGER | | | | | |
| 21. CITY<br>FRESNO | 22. COUNTY/PROVINCE<br>FRESNO | 23. ZIP CODE<br>93728 | 24. YEARS IN COUNTY<br>20 | 25. STATE/FOREIGN COUNTRY<br>CA | |
| 26. INFORMANT'S NAME, RELATIONSHIP<br>MELISSA RUGGIERO, WIFE | 27. INFORMANT'S MAILING ADDRESS<br>1386 N. FERGER, FRESNO, CA 93728 | | | | |
| 28. NAME OF SURVIVING SPOUSE — FIRST<br>MELISSA | 29. MIDDLE<br>ELLEN | 30. LAST (Maiden Name)<br>CURRY | | | |
| 31. NAME OF FATHER — FIRST<br>STEVEN | 32. MIDDLE<br>ALLEN | 33. LAST<br>RUGGIERO SR | | 34. BIRTH STATE<br>MA | |
| 35. NAME OF MOTHER — FIRST<br>LILLIAN | 36. MIDDLE<br>RUTH | 37. LAST (Maiden)<br>SMITH | | 38. BIRTH STATE<br>MA | |
| 39. DISPOSITION DATE mm/dd/ccyy<br>11/19/2007 | 40. PLACE OF FINAL DISPOSITION<br>FAMILY RESIDENCE<br>1386 N. FERGER, FRESNO, CA 93725 | | | | |
| 41. TYPE OF DISPOSITION(S)<br>CR/RES | 42. SIGNATURE OF EMBALMER<br>JAIME PRESLEY | | | 43. LICENSE NUMBER<br>EMB7331 | |
| 44. NAME OF FUNERAL ESTABLISHMENT<br>CHERISHED MEMORIES MEMORIAL CHA | 45. LICENSE NUMBER<br>FD1932 | 46. SIGNATURE OF LOCAL REGISTRAR<br>EDWARD L MORENO, MD | | 47. DATE mm/dd/ccyy<br>11/16/2007 | |
| 101. PLACE OF DEATH<br>COMMUNITY MEDICAL CENTER - FRESNO | 102. IF HOSPITAL, SPECIFY ONE<br>X ER | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | | | |
| 104. COUNTY<br>FRESNO | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND<br>2823 FRESNO STREET | | | 106. CITY<br>FRESNO | |
| 107. CAUSE OF DEATH<br>IMMEDIATE CAUSE (A) BRAIN DEATH<br>(B) CEREBRAL EDEMA/HERNIATION<br>(C) ANOXIC BRAIN INJURY | | Time interval<br>HOURS<br>HOURS<br>DAYS | 108. DEATH REPORTED TO CORONER<br>YES 07-11-096<br>109. BIOPSY PERFORMED? NO<br>110. AUTOPSY PERFORMED? NO<br>111. USED IN DETERMINING CAUSE? | | |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH<br>S/P MOTORCYCLE CRASH WITH PARAPLEGIA, SIGNIFICANT THORACIC TRAUMA | | | | | |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?<br>NO | | | | 113A. IF FEMALE, PREGNANT IN LAST YEAR? | |
| 114. I CERTIFY... | 115. SIGNATURE AND TITLE OF CERTIFIER | | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy | |
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | | | |
| 119. I CERTIFY... MANNER OF DEATH<br>Accident X | | 120. INJURED AT WORK?<br>NO X | 121. INJURY DATE mm/dd/ccyy<br>11/03/2007 | 122. HOUR (24 Hours)<br>1530 | |
| 123. PLACE OF INJURY<br>CITY STREET | | | | | |
| 124. DESCRIBE HOW INJURY OCCURRED<br>SOLO MOTORCYCLE COLLISION | | | | | |
| 125. LOCATION OF INJURY<br>NORTH PLEASANT AVENUE, N/O SWIFT AVENUE<br>FRESNO, CA 93722 | | | | | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER<br>MARCI ADAMSON | | 127. DATE mm/dd/ccyy<br>11/15/2007 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER<br>MARCI ADAMSON, DEPUTY CORONER | | |
| STATE REGISTRAR | A | B | C | D | E | *012007000652258* | FAX AUTH # | CENSUS TRACT |

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss<br>COUNTY OF FRESNO

DATE ISSUED  JAN 11 2008

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE FRESNO COUNTY RECORDER.

This copy not valid unless prepared on engraved border displaying seal and signature of Recorder.

*000644211*


Robert C. Werner
ROBERT C. WERNER
COUNTY RECORDER




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE